United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-16321-mdc

Marcos A Gonzalez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 04, 2024     Form ID: 138OBJ     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcos A Gonzalez, 4218 Frost Street, Philadelphia, PA 19136-3126 |
| 14827741 | + | Deutsche Bank National Trust Company, c/o Robert Fay, Esq., 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14827533 | + | Deutsche Bank National Trust Company, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14202050 | + | Jeanes Hospital, 7600 Central Avenue, Philadelphia, PA 19111-2499 |
| 14204140 | + | Nationstar Mortgage LLC dba Mr Cooper, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14202054 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14202057 | #+ | Shapiro & DeNardo, LLC, 3600 Horizon Drive Suite 150, King of Prussia, PA 19406-4702 |
| 14202059 | | Water Revenue Bureau, 1415 JKF Blvd., 15th Floor, Philadelphia, PA 19105 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 05 2024 07:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14202043 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 05 2024 07:39:00 | Caine & Weiner, Attn: Bankruptcy, Po Box 5010, Woodland Hills, CA 91365 |
| 14202044 | + | Email/Text: amanda@cascollects.com | Jan 05 2024 07:39:00 | CCS, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 14270846 | | Email/Text: megan.harper@phila.gov | Jan 05 2024 07:39:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14212205 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2024 07:39:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14202045 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 05 2024 07:39:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 14202046 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 05 2024 07:39:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14202047 | | ^ MEBN | Jan 05 2024 05:29:49 | Debt Recovery Solution, Attn: Bankruptcy, Po Box 9003, Syosset, NY 11791-9003 |
| 14218337 | | ^ MEBN | Jan 05 2024 05:29:39 | Debt Recovery Solutions, LLC., 6800 Jericho Turnpike, Ste 113-E, Syosset, NY 11791-4401 |
| 14214499 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 05 2024 07:39:00 | Deutsche Bank National Trust Co., et al, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14202048 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 05 2024 11:04:19 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14202049 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2024 07:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14202051 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2024 07:39:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14202052 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 05 2024 07:39:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14202053 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2024 07:39:00 | PA Dept of Revenue, PO Box 280946, PA 17128-0946 |
| 14207128 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2024 07:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14202055 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 05 2024 07:39:00 | RMP Greensburg, Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |
| 14224020 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 05 2024 11:04:19 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14202056 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2024 07:39:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14202058 | + | Email/Text: bankruptcy@sw-credit.com | Jan 05 2024 07:39:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

**Name**          **Email Address**

CHARLES GRIFFIN WOHLRAB
   on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bkecf@friedmanvartolo.com

CHRISTOPHER A. DENARDO
   on behalf of Creditor Deutsche Bank National Trust Company  as Trustee on behalf of HSI ASSET SECURITIZATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 04, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

| | |
|---|---|
| | CORPORATION T logsecf@logs.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... KRLITTLE@FIRSTAM.COM |
| MICHAEL A. CIBIK | on behalf of Debtor Marcos A Gonzalez mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... mclark@squirelaw.com |
| ROGER FAY | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY rfay@alaw.net  bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Marcos A Gonzalez
        Debtor(s)

Case No: 18−16321−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/4/24